UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 1:20-mj-23 (GMH) |
| ROGER CHARLES HEDGPETH II, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 871(a) |
| Defendant. | : | (Threatening to Kill, Kidnap, and Injure the President of the United States) |
| | : | D.C. Code § 22-4504(a)(1) (Carrying a Dangerous Weapon) |
| | : | D.C. Code § 22-4514(b) (Possession of a Prohibited Weapon) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 8, 2020, within the District of Columbia, **ROGER HEDGPETH II** did knowingly and willfully make a threat to the life of, to kidnap, and to inflict bodily harm upon the President of the United States.

**(Threatening to Kill, Kidnap, and Injure the President of the United States**, in violation of Title 18, United States Code, Section 871(a)).

## COUNT TWO

On or about February 8, 2020, within the District of Columbia, **ROGER HEDGPETH II** did carry, openly and concealed on or about his person, a dangerous weapon capable of being so concealed, that is, a knife.

**(Carrying a Dangerous Weapon (Outside Home or Place of Business)**, in violation of 22 D.C. Code, Section 4504(a)(1).

## COUNT THREE

On or about February 8, 2020, within the District of Columbia, **ROGER HEDGPETH II** did knowingly possess a weapon, that is, a knife with a blade longer than three inches, with the intent to use it unlawfully against another.

**(Possession of a Prohibited Weapon**, in violation of 22 D.C. Code, Section 4514(b)).

A TRUE BILL:

FOREPERSON

*Timothy J. Shea /dc*
Attorney of the United States in
And for the District of Columbia