**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Criminal Case:  1:20-cr-38 (RDM/GMH)** |
| **v.** | : | |
| | : | |
| | : | |
| **ROGER HEDGPETH II,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## Government's Status Update

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this status update.

On March 13, 2020, the Court granted the government's motion to commit the defendant to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. §§ 4241 and 4247.  The Court also ordered the government to submit status updates ten days from the entry of its order, and every subsequent ten days thereafter until the defendant arrives at the facility where the examination will take place.  *See* ECF No. 13 at 2-3.

In accordance with the Court's order requiring status updates, the government hereby notifies the Court that the defendant has been designated to Federal Medical Center Lexington, and that the defendant is currently in transit from the D.C. Jail to that location.  Government counsel does not at this point have an estimated arrival date at FMC Lexington.

The government will provide a further update on or before April 3, 2020.

Respectfully submitted,

TIMOTHY J. SHEA
UNITED STATES ATTORNEY
D.C. Bar Number 437437

By:____/s/ Erik M. Kenerson_
ERIK M. KENERSON
Assistant United States Attorney
Ohio Bar Number 82960
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7201
Email: Erik.Kenerson@usdoj.gov