UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>ROGER HEDGPETH,<br><br>              Defendant. | Case No. 20-cr-38 (RDM) |

MEMORANDUM IN AID OF SENTENCING

## Background

February 8, 2020 was the apex of a severe battle with mental illness for Roger Hedgpeth. For several months, Mr. Hedgpeth was consumed with psychosis as he traveled across the country, struggling to cope with what was happening to him. Unable to find himself in a position where he could accept and receive treatment, it was no surprise that he would eventually collide with the criminal justice system.

Through hard work and commitment, the support of his family, and access to appropriate care, however, Mr. Hedgpeth has spent the past year rebuilding his life and rewriting his fate. For over a year, Mr. Hedgpeth has maintained strict adherence to his mental health regimen and has remained fully compliant with strict conditions of release, which include 24 hour home confinement. Thanks to medical treatment and his strong support system, Mr. Hedgpeth has been able to get back to being the person he was prior to August 2019.

While Mr. Hedgpeth accepts responsibility for his actions, there is little question that his conduct was driven by mental illness. As a result of this, Mr. Hedgpeth was incarcerated for 5 months—most of that in a federal prison when the pandemic was at its worst. Given his demonstrated compliance, additional incarceration would do nothing but harm Mr. Hedgpeth as it would disconnect him from the treatment and services that are helping him stay on track.

Accordingly, Mr. Hedgpeth respectfully requests the Court impose the sentence requested by the Government as it will ensure continuance of his mental

health treatment and allow him to start rebuilding his life.

## Discussion

In sentencing, the "Court's overarching duty" is to "'impose a sentence sufficient, but not greater than necessary,'" *Pepper v. United States*, 562 U.S. 476, 493 (2011) (quoting 18 U.S.C. § 3553(a)). To achieve this goal, the sentencing court must consider, among other things, the nature and circumstances of the offense, the history and characteristics of the person to be sentenced, and the kind of sentences available. *Id.* § 3553(a)(1).

Growing up, Mr. Hedgpeth wanted one thing for himself: to be a member of the United States Navy. After graduating high school early, Mr. Hedgpeth finally got his wish in the summer of 2012. Although he was doing what he loved, things were difficult for him in the service. As explained by his mother, Mr. Hedgpeth "had an extremely difficult initial deployment, which included him working extremely long hours, insomnia, and limited food rations on his ship."[1] Then in 2015, while performing his duties, Mr. Hedgpeth sustained a major head injury. A metal shaft left a severe gash on his head. The only medical attention he received were staples over the wound. The next day he was required to report to work, despite waking up with blood on his pillow from his injury. To this day, Mr. Hedgpeth suffers from severe migraines as a result of this.

After returning home in 2016, Mr. Hedgpeth enrolled in college and was living on his own. Mr. Hedgpeth obtained his Associates Degree and then began

---

[1] Presentence Investigation Report, ECF No. 50 at 7.

working on his Bachelors at the University of Southern Florida, where he double majored in Economics and Accounting. Things were good. However, they would not stay like that for long. Although Mr. Hedgpeth experienced bouts of depression and anxiety throughout the years, his symptoms took a turn for the worst in 2019. Recognizing something was wrong, he sought immediate medical attention. The symptoms, however, only intensified.

Mr. Hedgpeth is now before this Court a different person. A person that has a full understanding of the importance of staying connected to mental health treatment and services, and of the severe consequences that arise from not doing so. While Mr. Hedgpeth will have to live with the collateral consequences of a criminal conviction for the rest of his life, he is excited by the prospect of putting this chapter behind him and starting anew. With only two semesters left to complete his college degree, he realizes that at 26 years old he still has a bright future ahead of him and wants nothing more than to live up to that potential. Equipped with the tools and access to the right resources and services, there is little doubt, Mr. Hedgpeth will be able to continue on this productive path.

## Conclusion

For the foregoing reasons, and such other reasons as may be presented at the sentencing hearing, Mr. Hedgpeth respectfully requests that the Court impose a suspended sentence as to all but time served with three years of probation. Mr. Hedgpeth has already served over 5 months of incarceration. Additional incarceration, in this case, does nothing to further the ends of justice.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_/s/_____
Jose A. German
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

4