August 23, 2021

Dear Judge Moss,

Our son, Roger II, is a wonderful man and has never been in trouble before. He was in the top 99% of the Navy (that is how his Chief used to introduce him) and he was offered officer's school to re-enlist.

When Roger got out of the Navy, in 2016, at 22 years old, he had many incredible opportunities waiting for him. Unfortunately, his brain had other plans and Roger was not prepared for what would happen. But, Roger did not turn to drugs or alcohol, he came home, to his family for help. And when he needed more, he let us take him to the VA, in July of 2019.

Roger would go to VA medical facilities a dozen times between July 2019 and January 2020, where he and his symptoms were not taken seriously. It took Roger interacting with the criminal justice system for him to finally get the help he earned and deserved.

The treatment plan Roger is currently under has been nothing short of miraculous, as the majority of his symptoms have subsided; however, if Roger is sent back to prison, all the hard work of the last eighteen months shall be lost, as the Bureau of Prisons does not have the same treatment options.

In the Statement of Facts from the Secret Service, it was apparent to them that Roger was mentally ill and not aggressive or violent with the agents. In fact, Roger immediately renounced his threat and did not follow through with any criminal intent or violence, which we believe was a cry for help.

Roger has been branded a mental health criminal, and his actions shall follow him the rest of his life. Fortunately, Roger has never failed at anything and he is not going to give up on his future.

It has been a difficult few years for our family, but we are humbled by the grace and perseverance our son has shown in the most difficult circumstances and beg the Court's mercy for Roger.

Please do not send Roger back to prison. Please allow him to show the Court, as he has currently been doing, with great success, that he wants to continue his current mental health program and ensure a mentally happy and healthy future.

Roger's determination along with strong military and law enforcement family support shall create a safe environment with no risk or harm to public safety.

Peace be with you, always,

Roger and Karyn Hedgpeth,
Parents of Roger Hedgpeth II